

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2024

No. 04-24-00470-CV

**WELLS FARGO BANK, N.A.**,
Appellant

v.

Shaun L. **WESEMANN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI16782
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 16, 2024.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk